IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Case No. _____

STANDING ORDER REGARDING

CASE MANAGEMENT IN CIVIL CASES

This order sets forth requirements for initial case management in all San Jose division civil matters assigned to District Judge Richard Seeborg. All papers filed must include the case number of the action followed by the initials of the assigned district judge and, if applicable, the initials of the magistrate judge to whom the action is referred for discovery or other pretrial activity.

Plaintiff or removing defendant shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff or removing defendant shall file a certificate of service in accordance with Civil L.R. 5 6(a).

All disclosure or discovery disputes in cases assigned to district judges are referred to the assigned magistrate judge for determination pursuant to Fed. R. Civ. P. 72(a). Magistrate judges themselves handle disclosure and discovery disputes in the cases assigned to them.

Before selecting a hearing date for a motion, counsel must confer with opposing counsel to determine that the proposed hearing date will not cause undue prejudice.

Civil motions under Civil L.R. 7-2 in cases assigned to Judge Seeborg may be noticed for hearing on any **Thursday at 1:30 p.m., in Courtroom 3, 17th Floor at the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.**

Pursuant to Fed. R. Civ. P. 16 and 26 at Civil L.R. 16-10(a), a Case Management Conference will be held on _____ at _____, in **Courtroom 3, 17th Floor at the United States Courthouse, 450 Golden Gate Avenue, San Francisco,**

**California.** This conference may be continued only by court order pursuant to Civil L.R. 16-2(e). Parties may not stipulate to continue a Case Management Conference without court approval.

Pursuant to Civil L.R. 16-3, in advance of the Case Management Conference, counsel shall confer with their respective clients and opposing counsel for the purposes specified in Fed. R. Civ. P. 26(f), Civil L.R. 16-8 and 16-9, and in patent cases, Patent L.R. 3.1 through 3.6. A meaningful meet and confer process prior to the Case Management Conference and good faith compliance with the requirements of this Order are essential elements of effective case management. Failure to meet and confer, to be prepared for the Case Management Conference or to file a Joint Case Management Statement may result in sanctions. Parties may, but are not required, to attend the Case Management Conference.

In all "E-filing" cases when filing papers in connection with any motion for determination by a judge, the parties shall, in addition to filing papers electronically, lodge with the chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with the judge's name, case number, and "E-filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

IT IS SO ORDERED.

Dated: 01/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE