UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
JUDGE RICHARD SEEBORG

## STANDING ORDER RE: INITIAL CASE MANAGEMENT

1. The civil law and motion calendar is heard on Thursdays at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Motions may be noticed for hearing pursuant to Civil L.R. 7. Counsel need not reserve a hearing date in advance for civil motions. However, noticed dates may be reset as the Court's calendar requires.

2. Civil Case Management Conferences and Civil Pretrial Conferences will be held on Thursdays at 10 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

3. All scheduling questions should be addressed to Judge Seeborg's courtroom deputy at 408-535-5346.

4. A Case Management Conference will be held on the date and time specified in the Order Setting Initial Case Management Conference and ADR Deadlines. This conference may be continued only by Court Order pursuant to Civil L.R. 16-2(e). Parties may not stipulate to continue a case management conference without Court approval.

5. Pursuant to Fed. R. Civ. P. 26(f), and Civil L.R. 16-3, no later than 21 days before the Case Management Conference, each party shall confer to consider and discuss: (1) the nature and basis of their claims and defenses; (2) possibilities for a prompt settlement or resolution of the case; (3) exchanging the initial disclosures required by Fed. R. Civ. P. 26(a)(1); (4) developing a proposed discovery plan with suitable limits; and (5) preparation of a joint case management statement.

6. The parties shall also consider the selection of an ADR (Alternate Dispute Resolution) process. *See* "Dispute Resolution Procedures in the Northern District of California Booklet," available on the Court's website at http://www.cand.uscourts.gov. Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5, no later than the date specified in the Order Setting Initial Case Management Conference and ADR Deadlines, each party shall file and serve an ADR Certificate.

7. Pursuant to Civil L.R. 16-9, no later than seven (7) days before the Case Management Conference, the parties shall file a Joint Case Management Statement and Proposed Order. If preparation of a joint statement would cause undue hardship, the parties may serve and file separate statements, which shall include a description of the undue hardship.

8. Plaintiff or removing Defendant shall serve a copy of this Standing Order on all parties to this action and on all parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, Plaintiff or removing Defendant shall file a certificate of service, in accordance with Civil L.R. 5-6.

IT IS SO ORDERED.

Dated: 01/21/2010

Richard Seeborg
United States District Judge