ARNOLD & PORTER LLP
TRENTON H. NORRIS (SBN 164781)
ANGEL A. GARGANTA (SBN 163957)
RACHEL L. CHANIN (SBN 229253)
KEVIN M. BOVARD (SBN 247521)
275 Battery Street, Suite 2700
San Francisco, California 94111
Telephone: 415.356.3000
Facsimile: 415.356.3099
E-Mail: trent.norris@aporter.com
　　　　angel.garganta@aporter.com
　　　　rachel.chanin@aporter.com
　　　　kevin.bovard@aporter.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CHACANACA and VICTOR GUTTMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE QUAKER OATS COMPANY,<br><br>　　　　　　Defendant. | Case No.: 5:10-CV-00502-RS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR FILE OTHER RESPONSIVE PLEADING** |

LA: 619097v1

Pursuant to N.D. Cal. Civil Local Rule 6-1, Plaintiffs Robert Chacanaca and Victor Guttman ("Plaintiffs") and Defendant The Quaker Oats Company ("Defendant"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on February 8, 2010, Plaintiffs served Defendant with a Summons and Complaint in the above-captioned action;

WHEREAS, the time for Defendant to respond to the Complaint currently is March 1, 2010;

WHEREAS, Defendant recently retained counsel in this matter;

IT IS THEREFORE STIPULATED THAT:

The deadline for Defendant to answer or otherwise respond to Plaintiffs' Complaint shall be extended to March 15, 2010.

Dated: February 18, 2010          ARNOLD & PORTER LLP

                                  By:  s/ Trenton H. Norris
                                       Trenton H. Norris
                                       Attorneys for Defendant

Dated: February 18, 2010          THE WESTON FIRM

                                  By:  s/ Gregory S. Weston
                                       Gregory S. Weston
                                       Attorneys for Plaintiffs

- 1 -
STIPULATION EXTENDING TIME FOR DEFENDANT TO ANSWER OR
FILE OTHER RESPONSIVE PLEADING