```
ARNOLD & PORTER LLP
TRENTON H. NORRIS  (SBN 164781)
ANGEL A. GARGANTA (SBN 163957)
RACHEL L. CHANIN (SBN 229253)
KEVIN M. BOVARD (SBN 247521)
275 Battery Street, Suite 2700
San Francisco, California  94111
Telephone:  415.356.3000
Facsimile:  415.356.3099
E-Mail:  trent.norris@aporter.com
         angel.garganta@aporter.com
         rachel.chanin@aporter.com
         kevin.bovard@aporter.com
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT CHACANACA and VICTOR GUTTMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>THE QUAKER OATS COMPANY,<br><br>          Defendant. | Case No.: 5:10-CV-00502-RS<br><br>**THE QUAKER OATS COMPANY'S CERTIFICATION OF INTERESTED ENTITIES** |
|---|---|

LA: 622855v1

CERTIFICATION OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**PepsiCo, Inc.**:  The Quaker Oats Company is a wholly owned subsidiary of PepsiCo, Inc.

Dated:  March 15, 2010                                ARNOLD & PORTER LLP

                                                By:   /s/ Trenton H. Norris
                                                      Trenton H. Norris
                                                      Attorneys for Defendant