1  ARNOLD & PORTER LLP
   TRENTON H. NORRIS  (SBN 164781)
2  ANGEL A. GARGANTA (SBN 163957)
   RACHEL L. CHANIN (SBN 229253)
3  ZACHARY B. ALLEN (SBN 260694)
   One Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-3711
   Telephone: +1 415.356.3000
5  Facsimile: +1 415.356.3099
   E-Mail:  trent.norris@aporter.com
6          angel.garganta@aporter.com
           rachel.chanin@aporter.com
7          zachary.allen@aporter.com

8  Attorneys for Defendant
   The Quaker Oats Company

9

10 THE WESTON FIRM
   GREGORY S. WESTON (239944)
11 888 Turquoise Street
   San Diego, CA  92109
12 Telephone:  (858) 488-1672
   Facsimile:    (480) 247 4553
   greg@westonfirm.com

13 JACK FITZGERALD (257370)
14 2811 Sykes Court
   Santa Clara, California 95051
15 Telephone: (408) 459-0305
   jack@westonfirm.com

16 BECK & LEE BUSINESS TRIAL LAWYERS
   JARED H. BECK (233743)
   ELIZABETH LEE BECK (233742)
   Courthouse Plaza Building
   28 West Flagler Street, Suite 555
   Miami, FL 33130
   Telephone:  305 789 0072
   Facsimile:    786 664 3334
   jared@beckandlee.com
   elizabeth@beckandlee.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CHACANACA and VICTOR GUTTMANN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 5:10-CV-00502-RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hon. Richard Seeborg<br><br>Date: January 20, 2011<br>Proposed Date: February 3, 2011 |

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE, CASE NO. 5:10-CV-00502-RS

30710986v1

1  Plaintiffs Robert Chacanaca and Victor Guttman ("Plaintiffs"), and Defendant The Quaker
2  Oats Company ("Defendant"), through their respective counsel of record, hereby stipulate and agree
3  as follows:
4  WHEREAS, on November 30, 2010, the Court rescheduled the Case Management
5  Conference in this case for January 20, 2011 at 10 a.m. (Dkt. #36);
6  WHEREAS, counsel for Defendant has a scheduling conflict for January 20, 2011 and
7  respectfully requests that the Case Management Conference be rescheduled to February 3, 2011;
8  WHEREAS, counsel for the parties have met and conferred and Plaintiffs have stated that
9  they do not oppose rescheduling the Case Management Conference to February 3, 2011;
10 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
11 their respective counsel and subject to the Court's approval, that the date for the Case Management
12 Conference be rescheduled to February 3, 2011.  The parties shall file a Joint Case Management
13 Statement at least one week prior to the Conference.

15 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD
16 Dated:  December 7, 2010                ARNOLD & PORTER LLP

19                                         By:  /s/ Angel A. Garganta
                                                Angel A. Garganta
20                                              Attorneys for Defendant

22 Dated:  December 7, 2010                THE WESTON FIRM

25                                         By:  /s/ Gregory S. Weston
                                                Gregory S. Weston
                                                Attorneys for Plaintiffs

- 3 -

1 | Dated:  December 7, 2010

BECK  & LEE BUSINESS TRIAL LAWYERS

By: /s/ Jared H. Beck
    Jared H. Beck
    Attorneys for Plaintiffs

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: 12/8/10

_____
Honorable Richard Seeborg
United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE, CASE NO. 5:10-CV-00502-RS

30710986v1