**\*E-Filed 12/29/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CHACANACA, et al., | No. C 10-0502 RS |
| Plaintiffs, | **ORDER CONTINUING: (1) HEARING ON MOTION TO CONSOLIDATE; AND (2) CASE MANAGEMENT CONFERENCE** |
| v. | |
| THE QUAKER OATS COMPANY, | |
| Defendant. | |

The hearing on plaintiff Guttmann's motion to consolidate shall be continued to February 3, 2011 at 1:30 p.m. The deadline to oppose the motion shall fall 21 days prior to the hearing date. The Case Management Conference scheduled for February 3, 2011 at 10:00 a.m. shall be continued to February 24, 2010. A Joint Statement shall be due one week prior to the Conference.

IT IS SO ORDERED.

Dated: 12/29/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0502 RS
ORDER