**\*E-Filed 1/21/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT CHACANACA, et al., | No. C 10-0502 RS |
| Plaintiffs, | **ORDER RE: CONSOLIDATION MOTION** |
| v. | |
| THE QUAKER OATS COMPANY, | |
| Defendant. | |

A hearing on plaintiff Guttmann's motion to consolidate is scheduled for February 3, 2011 at 1:30 p.m. By close of business on January 27, 2011, all interested parties shall submit a memorandum of no more than five pages in length to address whether the consolidation motion should be considered in advance of the pending decision by the Multi District Litigation Panel as to the status of this case.

IT IS SO ORDERED.

Dated: 1/21/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0502 RS
ORDER