UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROBERT CHACANACA, ET AL., | ) | Case No.: C 10-00502 RS (PSG) |
| Plaintiffs, | ) ) | **ORDER RE PARTIES' PROPOSED STIPULATED PROTECTIVE ORDER** |
| v. | ) ) | (Docket No. 58) |
| THE QUAKER OATS COMPANY, | ) ) | |
| Defendant. | ) ) | |

On January 26, 2011, the parties submitted a stipulated protective order governing disclosure of confidential materials. The court finds it more efficient to direct the parties to use one of the court's model forms of protective order. To the extent the parties wish to propose any deviation from a model form, they should do so by redline. Therefore,

IT IS HEREBY ORDERED that, no later than February 4, 2011, the parties shall submit a revised form of protective order based on one of the court's model forms of protective order available in the "Forms" section of the court's website (www.cand.uscourts.gov).

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the handling of confidential information shall be governed by the provisions of the court's model

ORDER, *page 1*

1  stipulated protective order for litigation involving patents, highly sensitive confidential information
2  and/or trade secrets.
3          IT IS SO ORDERED.
4  Dated:   January 28, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge