
**REESE RICHMAN LLP**
Michael R. Reese (Cal. State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Tel: (212) 579-4625
Fax: (212) 253-4272

*Counsel for Plaintiff Robert Chacanaca*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT CHACANACA, et al, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No. 10-cv-00502 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ADJOURN HEARING FROM JUNE 2, 2011 TO JUNE 9, 2011** |

1  Plaintiffs Robert Chacanaca, Victor Guttman, Kelly Bruno, Rebecca Yumul, Elaine
2 Pelobello, and Sonya Yrene ("Plaintiffs") and defendant The Quaker Oats Company
3 ("Defendant") (collectively, the "Parties"), hereby stipulate as follows:
4  WHEREAS, Reese Richman LLP filed a notice of appearance on behalf on Plaintiff
5 Robert Chacanaca in the above-captioned action on May 2, 2011;
6  WHEREAS, the Court has scheduled a hearing for June 2, 2011 to determine which
7 firms, if any, should be appointed interim lead counsel in the above-captioned matter;
8  WHEREAS, Reese Richman LLP indicated to the Parties on May 3, 2011 it will file a
9 motion for appointment of Reese Richman LLP as interim lead counsel;
10  WHEREAS, Northern District of California Local Rule 7-2 requires the filing and service
11 of any motion at least 35 days before the date set for hearing;
12  WHEREAS, the earliest Reese Richman LLP could set a hearing for its motion for
13 appointment as interim lead-counsel is June 9, 2011;
14  WHEREAS, the Parties agree that judicial economy and efficiency are best achieved by
15 having all motions for interim lead counsel heard at the same time; and
16  THE PARTIES HEREBY AGREE AND STIPULATE, UPON PERMISSION OF THE
17 COURT, AS FOLLOWS:
18  The hearing on any motions for consolidation and appointment of interim lead counsel
19 currently scheduled for 1:30 p.m. on June 2, 2011 is adjourned to 1:30 p.m. on June 9, 2011.

STIPULATED TO BY THE FOLLOWING THIS 4th DAY OF MAY, 2011:

**REESE RICHMAN LLP**

*/s/ Michael R. Reese*
Michael R. Reese (Cal. State Bar No. 206773)
mreese@reeserichman.com
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

*Counsel for Plaintiff Robert Chacanaca*

**THE WESTON FIRM**

*John Joseph Joseph Fitzgerald, IV*
Gregory Steven Weston
John Joseph Fitzgerald, IV
The Weston Firm, P.C.
Email: greg@westonfirm.com
         jack@westonfirm.com

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron
3636 4th Avenue, Suite 202
San Diego, California 92103
Telephone:  (619) 696-9006
Facsimile:   (619) 564-6665
Email:  ron.marron@cox.net

*Counsel for Plaintiffs Victor Guttman, Kelly Bruno, Rebecca Yumul and Sonya Yrene*

**THE TERRELL LAW GROUP**

*/s/ Reginald Von Terrell*
Reginald Von Terrell
Post Office Box 13315
Oakland, California 94661
Telephone:  (510) 237-9700
Facsimile:   (510) 237-4616
Email: reggie2@aol.com

*Counsel for Plaintiff Elaine Pelobello*

**ARNOLD & PORTER, LLP**

*/s/ Angel A. Garganta*
Angel A. Garganta
Arnold & Porter, LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94123
Email: angel.garanta@aporter.com

*Counsel for Defendant The Quaker Oats Company*

## [PROPOSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED THAT THE HEARING CURRENTLY SCHEDULED FOR 1:30 P.M. ON JUNE 2, 2011 IS HEREBY ADJOURNED TO 1:30 P.M. ON JUNE 9, 2011.

DATED: _5/4/11_____                     _____
                                                                    Richard Seeborg
                                                                    United States District Judge