**THE WESTON FIRM**
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone: 858 488 1672
Facsimile:   480 247 4553
greg@westonfirm.com

JACK FITZGERALD (257370)
2811 Sykes Court
Santa Clara, CA 95051
Telephone: 408 459 0305
jack@westonfirm.com

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone:   619 696 9006
Facsimile:    619 564 6665
ron.marron@gmail.com

**Interim Class Counsel**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| VICTOR GUTTMANN, KELLEY BRUNO, SONYA YRENE, and REBECCA YUMUL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br>     v.<br><br>THE QUAKER OATS COMPANY<br><br>            Defendant. | Case No: 5:10-cv-00502 RS<br>Pleading Type: Class Action<br><br>**JOINT [P̶R̶O̶P̶O̶S̶E̶D̶] BRIEFING SCHEDULE**<br><br>Judge: The Hon. Richard Seeborg<br>Action Filed: February 03, 2010 |

Plaintiffs VICTOR GUTTMANN, KELLEY BRUNO, SONYA YRENE, and REBECCA YUMUL, and Defendant THE QUAKER OATS COMPANY, agree and stipulate to the following briefing schedule relating to the consolidated complaint:

| Event | Proposal of the Parties | Court's Order |
|---|---|---|
| Defendant's Rule 12 Motion | July 29, 2011 | |
| Plaintiffs' Opposition to Defendant's Rule 12 Motion | August 26, 2011 | |
| Defendant's Reply in Support of its Rule 12 Motion | September 16, 2011 | |
| Hearing on Rule 12 Motion | September 29, 2011 | |

**IT IS SO STIPULATED**

DATED: June 24, 2011                                     Respectfully Submitted,


/s/ Gregory S. Weston                                    /s/ Angel A. Garganta
Gregory S. Weston                                        Angel A. Garganta
**THE WESTON FIRM**                                      **ARNOLD & PORTER LLP**
GREGORY S. WESTON                                        ANGEL A. GARGANTA
888 Turquoise Street                                     RACHEL L. CHANIN
San Diego, CA 92109                                      One Embarcadero Center, 22nd Floor
Telephone:  858 488 1672                                 San Francisco, CA 94111
Facsimile:   480 247 4553                                Telephone:   415 356 3000
                                                         Facsimile:    415 356 3099

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON                                         **Attorneys for Defendant**
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone: (619) 696-9006
Facsimile:  (619) 564-6665

**Interim Class Counsel**


  Dated: 6/27/11                          IT IS SO ORDERED

                                          [signature]

---

*Guttmann et al. v. The Quaker Oats Company*, Case No. 5:10-cv-00502 RS
JOINT [P̶R̶O̶P̶O̶S̶E̶D̶] BRIEFING SCHEDULE