| | |
|---|---|
| **ARNOLD & PORTER LLP** <br> ANGEL A. GARGANTA (163957) <br> RACHEL L. CHANIN (229253) <br> GEORGE F. LANGENDORF (255563) <br> MAULIK G. SHAH (255403) <br> One Embarcadero Center, 22nd Floor <br> San Francisco, CA 94111-3711 <br> Phone: (415) 356-3000 <br> Fax: (415) 356-3099 <br> Angel.Garganta@aporter.com <br> Rachel.Chanin@aporter.com <br> George.Langendorf@aporter.com <br> Maulik.Shah@aporter.com <br><br> Attorneys for Defendant <br> THE QUAKER OATS COMPANY | **THE WESTON FIRM** <br> Gregory S. Weston (239944) <br> 888 Turquoise Street <br> San Diego, CA 92109 <br> Phone: (858) 488-1672 <br> Fax: (480) 247-4553 <br> greg@westonfirm.com <br><br> Jack Fitzgerald (257370) <br> 2811 Sykes Court <br> Santa Clara, CA 95051 <br> Phone: (408) 459-0305 <br> jack@westonfirm.com <br><br> **LAW OFFICES OF RONALD A. MARRON, APLC** <br> Ronald A. Marron (175650) <br> 3636 4th Avenue, Suite 202 <br> San Diego, CA 92103 <br> Phone: (619) 696-9006 <br> Fax: (619) 564-6665 <br> ron.marron@gmail.com <br><br> Interim Class Counsel |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR GUTTMANN, KELLEY BRUNO, SONYA YRENE, and REBECCA YUMUL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> THE QUAKER OATS COMPANY, <br><br> Defendant. | Case No.: 5:10-cv-00502 RS <br> Pleading Type: Class Action <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE, EXTEND STAY OF DISCOVERY, AND CONTINUE CASE MANAGEMENT CONFERENCE.** <br> AS MODIFIED BY THE COURT |

30972698v2

1  This Stipulation is entered into by and between Plaintiffs Victor Guttmann, Kelley Bruno, Sonya Yrene, and Rebecca Yumul ("Plaintiffs") and Defendant The Quaker Oats Company ("Quaker"), by and through their respective counsel.

WHEREAS, on June 14, 2011, the Court consolidated the matters *Chacanaca, et al. v. The Quaker Oats Company*, Case No. 5:10-cv-00502 RS; *Yrene, et al. v. The Quaker Oats Company,* Case No. 5:10-cv-05398-RS; *Bruno v. The Quaker Oats Company*, Case No. 5:10-cv-05538; and *Pelobello v. Quaker Oats Company*, C 11-0093 RS, into one action, appointed the Weston Firm and the Law Offices of Ronald A. Marron Interim Class Counsel, and ordered Plaintiffs to file a consolidated complaint within ten days.  (Doc. #94);

WHEREAS, the Court also scheduled a Case Management Conference for September 15, 2011, directed the parties to file a Joint Case Management Statement at least one week prior to the Conference, and stayed discovery pending the Case Management Conference.  (Doc. #94);

WHEREAS, on June 24, 2011, Plaintiffs filed a Consolidated Complaint.  (Doc. #95);

WHEREAS, on July 29, 2011, pursuant to a stipulated briefing schedule, Quaker filed a motion to dismiss the Consolidated Complaint (Doc. #98);

WHEREAS, on August 19, 2011, Plaintiffs filed an Amended Consolidated Complaint (Doc. #102);

NOW, THEREFORE, in consideration of the above, Plaintiffs and Quaker hereby stipulate as follows:

1.  Quaker's Motion to Dismiss the Amended Consolidated Complaint is due on September 16, 2011.  Plaintiffs' Opposition to Quaker's Motion to Dismiss the Amended Consolidated Complaint is due on October 17, 2011.  Quaker's Reply In Support of its Motion to Dismiss is due on October 31, 2011.

2.  The stay of discovery shall remain in effect pending the Court's ruling on Defendant's motion to dismiss the Amended Consolidated Complaint.

3. The Case Management Conference scheduled for September 15, 2011 shall be ~~taken off calendar, to be rescheduled after the Court's ruling on Defendant's motion to dismiss the Amended Consolidated Complaint~~.  CONTINUED TO DECEMBER 8, 2011 AT 10:00 A.M. THE PARTIES SHALL FILE A JOINT STATEMENT ONE WEEK PRIOR TO THE CONFERENCE.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: August 30, 2011                ARNOLD & PORTER LLP


                                      By: /s/ Angel A. Garganta
                                          Angel A. Garganta

                                      Attorneys for Defendant
                                      The Quaker Oats Company



Dated: August 30, 2011                THE WESTON FIRM


                                      By: /s/ Jack Fitzgerald
                                          Jack Fitzgerald

                                      Attorneys for Plaintiffs

- 

PURSUANT TO THE STIPULATION, IT IS SO ORDERED


Dated: 8/31/11                        _____

                                      Honorable Richard Seeborg
                                      United States District Court Judge

- 3 -
JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SET BRIEFING SCHEDULE, EXTEND STAY OF DISCOVERY, AND CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:10-cv-00502