**GIBSON, DUNN & CRUTCHER LLP**
Christopher Chorba (SBN 216692)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Fax: 213-229-7520
CChorba@gibsondunn.com

Daniel W. Nelson (*pro hac vice pending*)
Andrew S. Tulumello (*pro hac vice pending*)
Scott P. Martin (*pro hac vice pending*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Fax: 202-530-4238
DNelson@gibsondunn.com
ATulumello@gibsondunn.com
SMartin@gibsondunn.com

Counsel for Defendant
The Quaker Oats Company

**THE WESTON FIRM**
Gregory S. Weston (SBN 239944)
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Phone: 619-798-2006
Fax: 480-247-4553
greg@westonfirm.com

Jack Fitzgerald (SBN 257370)
2811 Sykes Court
Santa Clara, CA 95051
Phone: 408-459-0305
jack@westonfirm.com

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (SBN 175650)
3636 4th Avenue, Suite 202
San Diego, CA 92103
Phone: (619) 696-9006
Fax: (619) 564-6665
ron.marron@gmail.com

Interim Class Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUTTMANN, KELLEY BRUNO, SONYA YRENE, and REBECCA YUMEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 5:10-cv-00502 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED CONSOLIDATED COMPLAINT** |

1

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED CONSOLIDATED COMPLAINT; CASE NO. 5:10-cv-502-RS**

Gibson, Dunn & Crutcher LLP

IT IS HEREBY STIPULATED, pursuant to Local Civil Rule 6-2(a), by and between Plaintiffs Guttman, Bruno, Yrene, and Yumel ("Plaintiffs"), and Defendant The Quaker Oats Company ("Quaker"), by and through their attorneys, as follows:

WHEREAS, Plaintiffs filed their First Amended Consolidated Complaint on August 19, 2011 (Doc. #102);

WHEREAS, on August 31, 2011, pursuant to a stipulated briefing schedule, the Court ordered that Quaker's Motion to Dismiss the Amended Consolidated Complaint to be due on September 16, 2011, Plaintiffs' Opposition to Quaker's Motion to Dismiss the Amended Consolidated Complaint to be due on October 17, 2011, and Quaker's Reply in Support of its Motion to Dismiss to be due October 31, 2011 (Doc. #105);

WHEREAS, on September 12, 2011, Quaker designated the law firm of GIBSON, DUNN & CRUTCHER LLP as its counsel of record in substitution for the law firm of ARNOLD & PORTER LLP;

WHEREAS, pursuant to Local Civil Rule 6-2(a), Plaintiffs agree that Quaker shall have until and including October 14, 2011 to move, answer, or otherwise respond to the First Amended Consolidated Complaint;

NOW, THEREFORE, Plaintiffs and Quaker, by and through their counsel of record, hereby stipulate as follows:

1. Quaker's Motion to Dismiss the Amended Consolidated Complaint is due on October 14, 2011. Plaintiffs' Opposition to Quaker's Motion to Dismiss the Amended Consolidated Complaint is due on November 14, 2011. Quaker's Reply in Support of its Motion to Dismiss is due on November 30, 2011.

2. The previously ordered stay of discovery shall remain in effect pending the Court's ruling on Defendant's Motion to Dismiss the Amended Consolidated Complaint.

Gibson, Dunn & Crutcher LLP

2
**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED CONSOLIDATED COMPLAINT; CASE NO. 5:10-cv-502-RS**

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3

4  DATED: September 14, 2011

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: /s/ Christopher Chorba
                                                  Christopher Chorba

Attorneys for Defendant
The Quaker Oats Company.

DATED: September 14, 2011

                                          THE WESTON FIRM

                                          By: /s/ Jack Fitzgerald
                                                  Jack Fitzgerald

Attorneys for Plaintiffs.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: 9/15/11  _____
                                     Honorable Richard Seeborg
                                       United States District Court Judge

Gibson, Dunn & Crutcher LLP

3

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO THE FIRST AMENDED CONSOLIDATED COMPLAINT; CASE NO. 5:10-cv-502-RS**