GIBSON, DUNN & CRUTCHER LLP
Christopher Chorba, SBN 216692
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520
CChorba@gibsondunn.com

Daniel W. Nelson (*pro hac vice pending*)
Andrew S. Tulumello (*pro hac vice pending*)
Scott P. Martin (*pro hac vice pending*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Fax: 202-530-4238
DNelson@gibsondunn.com
ATulumello@gibsondunn.com
SMartin@gibsondunn.com

Counsel for Defendant
The Quaker Oats Company

FILED
2011 SEP 12 P 3:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTOR GUTTMANN, KELLEY BRUNO, SONYA YRENE, and REBECCA YUMUL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE QUAKER OATS COMPANY,<br><br>Defendant. | Case No.: 5:10-cv-00502 RS<br><br>NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant THE QUAKER OATS COMPANY hereby designates the law firm of GIBSON, DUNN & CRUTCHER LLP as its counsel of record in lieu and in place of the law firm of ARNOLD & PORTER LLP and, under N.D. Cal. General Order No. 45 IV.C., respectfully requests that the Court approve this change in counsel.

Former Counsel:

ARNOLD & PORTER LLP
Angel A. Garganta (163957)
Rachel L. Chanin (229253)
George F. Langendorf (255563)
One Embarcadero Center, 22nd Floor
San Francisco, California 94111
angel.garganta@aporter.com
rachel.chanin@aporter.com
george.langendorf@aporter.com

New Counsel:

GIBSON, DUNN & CRUTCHER LLP
Christopher Chorba (216692)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520
CChorba@gibsondunn.com

Daniel W. Nelson (*pro hac vice pending*)
Andrew S. Tulumello (*pro hac vice pending*)
Scott P. Martin (*pro hac vice pending*)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: 202-955-8500
Fax: 202-530-4238
DNelson@gibsondunn.com
ATulumello@gibsondunn.com
SMartin@gibsondunn.com

Counsel for Defendant
The Quaker Oats Company

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

DATED: September 12, 2011                Respectfully submitted,

THE QUAKER OATS COMPANY

By: _____ /LEB
    Adriana I. Reyes-Villanueva

DATED: September 12, 2011                Respectfully submitted,

ARNOLD & PORTER LLP

By: _____ / LEB
    Angel A. Garganta

CHANGE IN COUNSEL ACCEPTED:

DATED: September 12, 2011                Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: _____ /LEB
    Christopher Chorba
    Attorney for Defendant
    The Quaker Oats Company

I, Christopher Chorba, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

_____ /LEB
Christopher Chorba

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/19/11                           _____
                                         The Honorable Richard Seeborg
                                         United States District Judge