# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re QUAKER OATS LABELING LITIGATION | Case No: 5:10-cv-00502 RS<br>Pleading Type: Class Action<br><br>**[PLAINTIFFS' PROPOSED] CASE MANAGEMENT ORDER NO. 2**<br><br>Judge: The Honorable Richard Seeborg<br>Complaint Filed: February 3, 2010 |

IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall file their Motion for Class Certification, including all evidence and any expert testimony in support, by March 1, 2013.

2. Quaker shall file its Opposition to Plaintiff's Motion for Class Certification, including all evidence and any expert testimony in support, by April 1, 2013.

3. Plaintiffs shall file their Reply in Support of Motion for Class Certification by May 1, 2013.

4. A hearing on Plaintiffs' Motion for Class Certification will be held on May 30, 2013.

5. Plaintiffs' expert disclosures shall be made by July 15, 2013.

6. Deposition of Plaintiffs' experts shall be completed by August 15, 2013.

7. Defendant's expert disclosures shall made by September 15, 2013.

8. Deposition of Quaker's experts shall be completed by October 15, 2013.

9. Rebuttal expert reports, whose scope will be limited to new issues, shall be due on December 15, 2013.

10. All discovery motions shall be filed by November 15, 2013.

11. The fact discovery cut-off shall be October 28, 2013.

12. The expert discovery-cut off shall be October 28, 2013.

13. The dispositive motion cut-off shall be December 16, 2013.

14. A hearing on all dispositive motions shall be held on or before February 6, 2014.

15. A Final Pretrial Conference will be held on March 8, 2014.

16. Trial shall begin on March 31, 2014.

17. Discovery shall be re-opened as of the date of this Order.

18. Attorneys who do not represent the proposed class representatives shall be removed from the service list as counsel for Plaintiffs, including the CM/ECF system and for documents served manually.

**IT IS SO ORDERED.**

DATED: _____          _____
                                  THE HONORABLE RICHARD SEEBORG
                                  UNITED STATES DISTRICT JUDGE

DATED: April 19, 2012          /s/ Jack Fitzgerald
                               Jack Fitzgerald

                               **THE WESTON FIRM**
                               JACK FITZGERALD
                               2811 Sykes Court
                               Santa Clara, CA 95051
                               Telephone:     (408) 459-0305

                               **THE WESTON FIRM**
                               GREGORY S. WESTON
                               MELANIE PERSINGER
                               COURTLAND CREEKMORE
                               1405 Morena Blvd, Suite 102
                               San Diego, CA 92110
                               Telephone: (619) 798-2006
                               Facsimile: (480) 247-4553

                               **LAW OFFICES OF RONALD A. MARRON, APLC**
                               RONALD A. MARRON
                               MAGGIE K. REALIN
                               SKYE RESENDES
                               3636 4th Avenue, Suite 202
                               San Diego, CA 92103
                               Telephone:     (619) 696-9006
                               Facsimile:     (619) 564-6665

                               **Interim Class Counsel**

---

1

*In re Quaker Oats Labeling Litigation*, Case No. 5:10-cv-00502 RS
PLAINTIFF'S SECOND [PROPOSED] CASE MANAGEMENT ORDER