**THE WESTON FIRM**
JACK FITZGERALD (257370)
*jack@westonfirm.com*
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
MELANIE PERSINGER (275423)
*mel@westonfirm.com*
San Diego, CA 92110
1405 Morena Blvd., Suite 201
Telephone:      (619) 798 2006
Facsimile:      (480) 247 4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone:      (619) 696-9006
Facsimile:      (619) 564-6665

**Interim Class Counsel**

**GIBSON, DUNN & CRUTCHER LLP**
DANIEL W. NELSON (*pro hac vice*)
*DNelson@gibsondunn.com*
SCOTT P. MARTIN (*pro hac vice*)
*SMartin@gibsondunn.com*
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:      (202) 955-8500
Facsimile:      (202) 530-4238

**Attorneys for The Quaker Oats Company**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE QUAKER OATS LABELING LITIGATION | Case No: 5:10-CV-00502-rs |
|  | **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION DEADLINE** |
|  | Judge: Honorable Richard Seeborg |

1    WHEREAS, on December 7, 2012, the Court entered a Scheduling Order, setting a Case

2 Management Conference for May 2013 and a Class Certification hearing date of September 19, 2013

3 and a corresponding briefing schedule;

4    WHEREAS, the parties are currently conducting discovery to develop a full class certification

5 record; and

6    WHEREAS, the parties have agreed to extend the briefing schedule on Plaintiffs' motion for

7 class certification, to allow the parties an opportunity to develop a full class certification record;

8    NOW, THEREFORE, in consideration of the above, Plaintiffs and Defendant The Quaker Oats

9 Company, by and through their counsel of record, hereby stipulate and request that the Court order as

10 follows:

11    1.    CASE MANAGEMENT CONFERENCE CONTINUED: The Case Management

12 Conference scheduled for May 16, 2013, shall be continued to December 5, 2013, or such other date as

13 the Court may order, at 11:00 a.m. The parties shall file a Joint Case Management Statement at least

14 one week prior to the Conference.

15    2.    CLASS CERTIFICATION: A hearing on Plaintiffs' Motion for Class Certification shall

16 be held on May 8, 2014, or such other date as the Court may order, at 1:30 p.m. in Courtroom 3, 17th

17 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA.

18    3.    BRIEFING SCHEDULE: Plaintiffs' motion for class certification (including all

19 evidence and any expert testimony in support) shall be filed no later than January 16, 2014.

20 Defendants' opposition (including all evidence and any expert testimony in support) shall be filed no

21 later than March 13, 2014. Any reply in support of class certification shall be filed no later than April

22 24, 2014.

23

24

25

26

27

28

*In re Quaker Oats Labeling Litigation*, Case No. 5:10-cv-00502-RS
JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: April 18, 2013                    By: /s/ Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
1405 Morena Blvd, Suite 102
San Diego, CA 92110
Telephone:    (619) 798-2006
Facsimile:    (480) 247-4553

**LAW OFFICES OF RONALD A.
MARRON, APLC**
RONALD A. MARRON
B. SKYE RESENDES
3636 4th Avenue, Suite 202
San Diego, CA 92103
Telephone:    (619) 696-9006
Facsimile:    (619) 564-6665

**Interim Class Counsel**


By: /s/ Scott P. Martin

**GIBSON, DUNN & CRUTCHER LLP**
DANIEL W. NELSON
SCOTT P. MARTIN
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone:    (202) 955-8500
Facsimile:    (202) 530-4238

**Attorneys for The Quaker Oats Company**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**


DATED:  _4/23/13_____                    _____
                                             THE HONORABLE RICHARD SEEBORG
                                             UNITED STATES DISTRICT JUDGE

2