IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE QUAKER OATS LABELING LITIGATION<br><br>_____/ | No. C 10-0502 RS<br><br>**ORDER DENYING MOTION TO VACATE HEARING, AND RESETTING HEARING DATE** |

Plaintiffs filed a motion for preliminary approval of a settlement agreement reached between the parties, and set it for hearing on less notice than required by Civil Local Rule 7. The parties subsequently moved jointly to vacate the hearing and to set a schedule for the remaining events in the final settlement approval process. In consumer class actions such as this, it is generally the Court's preference to hold hearings at the preliminary approval stage, even where no impediment to such approval is immediately apparent. While the standard for preliminary approval is liberal, sufficiently detailed review of the settlement terms, the proposed notice plan, and similar matters permits any minor issues to be identified and addressed prior to the expenditure of time and money in giving notice to the class, and therefore can facilitate final approval. Accordingly, the request to submit the matter without a hearing is denied, and the hearing will be continued to February 6, 2014 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 1/6/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0502 RS
ORDER

2