1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE QUAKER OATS LABELING LITIGATION | CASE NO.: 5:10-CV-00502-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF** |
|---|---|

1

The Court, having considered the Joint Motion for Administrative Relief and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Court hereby adjourns the Fairness Hearing set on May 8, 2014. The Fairness Hearing shall be held before this Court on **Thursday, June 26, 2014 at 1:30 pm** at the United States District Court for the Northern District of California, before the Honorable Richard Seeborg, District Judge, in Courtroom 3, Phillip Burton Federal Building and United States Courthouse, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, to determine whether the settlement of the Litigation pursuant to the terms and conditions of the Settlement Agreement should be approved as fair, reasonable and adequate, and finally approved pursuant to Federal Rule of Civil Procedure Rule 23(e). The Court will hear any arguments regarding, or objections to, Class Counsel's application for an award of attorneys' fees, costs, and expenses and incentive awards for Plaintiffs (the "Fee Application") at that time. Papers in support of final approval of the Settlement Agreement and Fee Application shall be filed with the Court according to the schedule set forth below.

2. The Court hereby sets the following modified deadlines for filings in advance of the June 26, 2014 Fairness Hearing:

- Class Counsel shall file their Fee and Incentive Award Application by **May 13, 2014**;
- Objections to the Settlement Agreement and Fee and Incentive Award Application shall be filed with the Court by **May 27, 2014**;
- Requests for Exclusion shall be sent to the Class Action Administrator on or before **May 27, 2014**;
- A notice of appearance must be filed by any person who files an objection and wants to be heard at the Fairness Hearing by **May 27, 2014**;

2

*In re Quaker Oats Labeling Litig.*, No. 5:10-cv-00502 RS
[Proposed] Order Granting Joint Motion for Administrative Relief

- The Parties shall file their papers in support of final approval of the Settlement Agreement by **June 12, 2014**;
- Papers in response to objections to the Settlement Agreement or Fee Application shall be filed with the Court on or before **June 19, 2014**;
- The Class Action Administrator shall file a list reflecting all timely Requests for Exclusion with the Court no later than **June 19, 2014**;
- Before the Fairness Hearing, Defendant will file a certification with the Court stating the date or dates on which the CAFA Notice to attorney generals became effective.

3. The Court hereby reaffirms and incorporates all other findings and provisions set out in the Order Preliminarily Approving the Class Action Settlement, Provisionally Certifying a Settlement Class for Settlement Purposes, Appointing Class Counsel, Directing the Issuance of Notice to the Class, and Scheduling a Fairness Hearing, D.E. 180.

Dated: 2/19/14

The Honorable Richard Seeborg
United States District Judge

3

*In re Quaker Oats Labeling Litig.*, No. 5:10-cv-00502 RS
[Proposed] Order Granting Joint Motion for Administrative Relief