To: Hon: Richard, Seeborg.
Courtroom #3 Phillip Burton
Federal Building, 17th Floor
450 Golden Gate, Ave
San Francisco, C.A. 94102

From: Alexander, Garcia - #01A4538
Coxsackie Correctional Facility.
P.O. Box 999
Coxsackie, N.Y. 12051-0999

10-502 RS

**FILED**
MAY 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

May 6th/2014.

Hon: Seeborg,

    I write to you in the Hopes of you giving me your assistance.

    I've written to Mr. G. Weston. ESQ concerning information about being a part of the lawsuit in front of you. "Quaker Products", which I have and will like to join the lawsuit, but I have yet to receive any response, will you please help me.. Thank-you!

Respectfully,
A. Garcia