Amy X. Yang
6005 Ridge View Drive
Alexandria, VA 22310
Voice: (410) 207-8745

*Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE QUAKER OATS LABELING LITIGATION | Case No. 5:10-cv-00502-RS |
| | **DECLARATION OF AMY X. YANG** |
| AMY X. YANG<br><br>Objector. | Date:       June 26, 2014<br>Time:       1:30 p.m.<br>Courtroom: 3<br>Judge:      Hon. Richard Seeborg |

Case No. 5:10-cv-00502-RS
DECLARATION OF AMY X. YANG

I, Amy X. Yang, declare as follows:

1. I have personal knowledge of the facts set forth herein, and, if called as a witness, could testify competently to them.

2. My full name is Amy Xiaohua Yang. My mailing address is 6005 Ridge View Drive, Alexandria, VA 22310 and my phone number is (410) 207-8745. My email address is axyang@gmail.com.

3. I am a United States resident. A few years ago, I graduated with a *juris doctor* from Georgetown University Law Center. Since February 3, 2006, I have purchased dozen of units of subject products at assorted supermarkets in Washington D.C. and Northern Virginia. More specifically, I have at least purchased boxes of Cinnamon and Spice and Maple & Brown Sugar Instant Quaker Oatmeal, as well as boxes of Chocolate Chip, Peanut Butter Chocolate Chip, and Reduced Sugar Peanut Butter Chocolate Chip Quaker Chewy Bars.

4. Because of this, I am a class member as defined in the settlement agreement, preliminary approval order and class notice. I have visited the settlement website and observed that its listing of eligible products is incomplete. *See* http://www.quakerlawsuit.com/products/.

5. I object to the particularly taxing and irrelevant demand for a specific list of "any other objection by the objector, as well as by the objector's attorney, to any class action settlements submitted to any court in the United States in the previous five years." Settlement §9.1.3; Preliminary Approval Order ¶12. I do not believe it is proper for the Court to consider an objector's past exercises of her Rule 23(e)(5) objections rights in deciding the merits of a present objection. Nonetheless, to comply with the court order, I hereby inform the court that this is the only settlement I have personally objected to within that time period.

6. I bring this objection in good faith in the hopes of preventing approval of an unfair settlement (and in this case also preventing an inappropriate class certification). If there is any skepticism about my motives, I am willing to demonstrate my good faith by stipulating to an injunction barring me from withdrawing my objection in exchange for monetary payment. *See* Brian T. Fitzpatrick, *The End of*

No. 5:10-cv-00502-RS
DECLARATION OF AMY X. YANG

*Objector Blackmail?*, 62 VAND. L. REV. 1623 (2009) (suggesting inalienability of objections as solution to objector blackmail problem)

7. The grounds for my objection are detailed in my contemporaneously-filed Objection.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 18, 2014 in Alexandria, VA.

*[signature]*
Amy X. Yang

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be mailed the foregoing Declaration via first class mail to the Court for filing and a copy to the following participants at the addresses listed below:

| | |
|---|---|
| Clerk of the Court<br>U.S. District Court for the Northern District of California<br>San Francisco Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3489 | Scott P. Martin<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Ave NW<br>Washington, DC 20036 |
| Ronald A. Marron<br>Law Office of Ronald Marron<br>651 Arroyo Drive<br>San Diego, CA 92103 | Quaker Settlement<br>Classaura Class Action Administration<br>780 Morosgo Drive # 14103<br>Atlanta, GA 30324 |
| Gregory S. Weston<br>The Weston Firm<br>1405 Morena Blvd., Suite 201<br>San Diego, CA 92110 | |

DATED this 19th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Amy X. Yang
　　　　　　　　　　　　　　　　　　　　　　　Amy X. Yang

No. 5:10-cv-00502-RS
DECLARATION OF AMY X. YANG