| | |
|---|---|
| **THE WESTON FIRM** | **GIBSON, DUNN & CRUTCHER LLP** |
| JACK FITZGERALD (257370) | DANIEL W. NELSON (*pro hac vice*) |
| *jack@westonfirm.com* | *DNelson@gibsondunn.com* |
| GREGORY S. WESTON (239944) | SCOTT P. MARTIN (*pro hac vice*) |
| *greg@westonfirm.com* | *SMartin@gibsondunn.com* |
| MELANIE PERSINGER (275423) | 1050 Connecticut Avenue, N.W. |
| *mel@westonfirm.com* | Washington, D.C. 20036 |
| PAUL K. JOSEPH | Telephone: (202) 955-8500 |
| *paul@westonfirm.com* | Facsimile: (202) 530-4238 |
| San Diego, CA 92110 | |
| 1405 Morena Blvd., Suite 201 | *Counsel for Defendant* |
| Telephone: (619) 798 2006 | |
| Facsimile: (480) 247 4553 | |

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
B. SKYE RESENDES (278511)
*skye@consumersadvocates.com*
ALEXIS WOOD (270200)
*alexis@consumersadvocates.com*
651 Arroyo Drive
San Diego, CA 92103
Telephone:   (619) 696-9006
Facsimile:   (619) 564-6665

*Class Counsel*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE QUAKER OATS LABELING LITIGATION | Case No.: 5:10-CV-00502-RS<br>Pleading Type: Class Action<br><br>**JOINT ADMINISTRATIVE MOTION TO STRIKE UNTIMELY OBJECTION OF GRETHA WILKERSON (Dkt. No. 197)**<br><br>Judge: The Honorable Richard Seeborg |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 7-11, Plaintiffs Victor Guttmann, Sonya Yrene, and Rebecca Yumul and Defendant The Quaker Oats Company (collectively, the "Parties") hereby submit the following Joint Administrative Motion for an order striking the untimely objection of Gretha Wilkerson (Dkt. No. 197). The grounds for the Parties' motion are fully stated below.

## MEMORANDUM

On February 19, 2014, the Court entered an order setting the deadline for objections to the proposed settlement in this action. (Dkt. No. 182.) The Court's order mandated that all objections to the settlement be filed no later than May 27, 2014. (*Id.*) On June 5, 2014, purported class member Gretha Wilkerson filed her objection to the settlement agreement in this action. (Dkt. No. 197.)

Based on its "inherent powers to manage and control its docket," this Court "may strike an untimely document." *Timbisha Shoshone Tribe v. Kennedy*, 2010 U.S. Dist. LEXIS 21408, at *6 (E.D. Cal. Feb. 17, 2010). The Court should exercise its discretion to strike Ms. Wilkerson's objection, which was untimely even though that counsel for Ms. Wilkerson was listed on the ECF service list and therefore plainly had notice of the relevant deadline, even beyond the published notices and Web site. Further, the objection is deficient because it fails to provide any documentation (declaration or otherwise) sufficient to establish Ms. Wilkerson's standing as a Class Member.

Given the untimely nature of Ms. Wilkerson's objection and the absence of proof that she has standing to object, the Parties respectfully request that the Court strike Ms. Wilkerson's objection.

Dated: June 10, 2014     By: */s/* Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
PAUL K. JOSEPH
1405 Morena Blvd, Suite 102
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:  (480) 247-4553

1

*In re Quaker Oats Labeling Litigation*, Case No. 5:10-CV-00502-RS (N.D. Cal.)
JOINT ADMINISTRATIVE MOTION TO STRIKE UNTIMELY OBJECTION

| | |
|---|---|
| 1 | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| 2 | RONALD A. MARRON |
| 3 | B. SKYE RESENDES |
| | ALEXIS WOOD |
| 4 | 651 Arroyo Drive |
| | San Diego, CA 92103 |
| 5 | Telephone: (619) 696-9006 |
| | Facsimile: (619) 564-6665 |
| 6 | |
| 7 | *Class Counsel* |
| 8 | |
| | By: */s/* Daniel W. Nelson |
| 9 | **GIBSON, DUNN & CRUTCHER LLP** |
| 10 | DANIEL W. NELSON (*pro hac vice*) |
| | SCOTT P. MARTIN (*pro hac vice*) |
| 11 | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036 |
| 12 | Telephone: (202) 955-8500 |
| | Facsimile: (202) 530-4238 |
| 13 | |
| 14 | |
| | *Attorneys for The Quaker Oats Company* |

2

*In re Quaker Oats Labeling Litigation*, Case No. C 10-0502 RS (N.D. Cal.)
JOINT ADMINISTRATIVE MOTION TO STRIKE UNTIMELY OBJECTION