UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

# CIVIL MINUTES

**Judge:** RICHARD SEEBORG

**Date**: June 26, 2014

**Case No:** C 10-00502 RS

**Case Title:** In Re Quaker Oats Labeling Litigation

**Appearances:**

    For Plaintiff(s): Skye Resendes, Jack Fitzgerald, Gregory Weston

    For Defendant(s): Daniel Nelson, Scott Martin

    Objector: Jared Beck, Reginald Terrell

**Deputy Clerk**: Corinne Lew       **Court Reporter**: Kathy Sullivan
**Time in Court:** 65 min.

## PROCEEDINGS

Motion for Settlement Hearing Held.

## SUMMARY

MOTION/MATTER: ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by: ( ) Plaintiff     ( ) Defendant    **(X) Court**