1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE QUAKER OATS LABELING LITIGATION | Case No.  5:10-cv-00502 RS CLASS ACTION |
|---|---|
| | **[~~PROPOSED~~] FINAL JUDGMENT** |
| | Judge:        Hon. Richard Seeborg |

IT IS on this <u>29th</u> day of <u>July</u>, 201<u>4</u>, HEREBY ADJUDGED AND DECREED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 58 THAT:

1.     The settlement of *In re Quaker Oats Labeling Litigation*, No. 5:10-00502 RS, pending in the United States District Court, Northern District of California (the "Litigation"), on the terms set forth in the Parties' Settlement Agreement, with exhibits, and definitions included therein, dated December 20, 2013, and filed with this Court on December 23, 2013, is finally approved.

2.     Pursuant to Rule 58 of the Federal Rules of Civil Procedure ("Rule 58"), the Court hereby approves the form of judgment and sets forth the judgment in this separate document, to be entered into the civil docket, pursuant to Rule 79(a).

3.     The claims in this Litigation are dismissed on the merits and with prejudice pursuant to the terms set forth in the Parties' Settlement Agreement and in the Court's Final Order Approving Class Action Settlement.

4.     The Court will retain continuing jurisdiction over the Parties and the Litigation for the reasons and purposes set forth in the Final Order Approving Class Action Settlement, without affecting the finality of this Final Judgment.

DATED:  <u>7/29/14</u>                        _____
                                 The Honorable Richard Seeborg
                                 UNITED STATES DISTRICT JUDGE